

Peterson, Berk & Cross, S.C.
A Wisconsin Service Corporation

John C. Peterson

Avram D. Berk

Amy M. Risseeuw

Stacy J. Schlemmer

Adam D. Bernander

Daniel R. Cross
 Of Counsel

Lise Lotte Gammeltoft
 Of Counsel

January 26, 2016

Honorable William C. Griesbach
United States District Court Eastern District
of Wisconsin, Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305

  Re: Weinmann v. McClone
    Eastern District Case No.: 13-CV-00088

Dear Judge Griesbach:

This will respond to Attorney Hall's letter to the Court of January 25, 2016. First, I would direct the Court's attention the "Plaintiffs' Supplemental Brief in Opposition to Defendant's Motions in Limine" filed on October 1, 2015, at Section III., "Summary of Dr. W.T. Gaut's Anticipated Expert Testimony." (Docket No. 59) Plaintiffs would request the Court to incorporate that by reference.

Second, Attorney Hall's letter yesterday was prompted by an e/mail I sent him yesterday telling him that we did not anticipate that Dr. Gaut's testimony in response the areas of inquiry we delineated in our brief would go beyond the content of his report or deposition taken, I believe, last August in Florida. If counsel asks a question of Dr. Gaut which is objectionable, the objection should be sustained. If Dr. Gaut answers a question that is not responsive to the question and is objectionable, it should be stricken.

           Sincerely,

           *[signature]*

           John C. Peterson

200 E. College Avenue
P.O. Box 2700
Appleton, WI 54912-2700
Tel: 920-831-0300
Fax: 920-831-0165

Green Bay: 920-432-3883
Oshkosh: 920-426-1401
www.foxriverlawyers.com