# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JEROME L. WEINMANN, et al.**,

                          Plaintiff(s),

     v.

                                                 TELEPHONE CONFERENCE

**PATRICK MCCLONE**,                                        Case No. 13-CV-88

                          Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 020116 |
| Deputy Clerk: Cheryl | Hearing Began: 11:30 a.m. |
| Proceeding Held: February 1, 2016 | Hearing Ended: 11:33 a.m. |

**Appearances:**

    **Plaintiff(s):**    John Peterson

    **Defendant(s):**    Samuel Hall

---

The Court informs the parties of the sowstorm predicted to start tomorrow and end early Wednesday morning.

Both parties state that they want to go forward with the trial and suggest the jurors report for selection and then adjourn.

The Court will instruct the jury panel to report, select the jury and then send the jurors home in the morning and ask the selected jurors to report back on Wednesday afternoon. The Court notes that this plan may change depending on the timing and scope of the storm.