UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JEROME L. WEINMANN &
SUSAN M. WEINMANN,

        Plaintiffs,

v.                                   Case No. 13-CV-88

DEPUTY PATRICK McCLONE,

        Defendant.

---

## SPECIAL VERDICT

---

We, the jury, answer the questions submitted to us as follows:

1. Did Deputy Patrick McClone use excessive force against Jerome Weinmann? YES or NO: __*No*__

2. If you answered Question 1 "yes," did the use of force cause injury to Jerome Weinmann? YES or NO: _____

3. If you answered Questions 1 and 2 "yes," what sum of money would compensate Jerome Weinmann for the harm he sustained as a result of the use of force?

    A. Past Medical Expenses    $_____

      B. Past Pain and Suffering    $_____

      C. Future Pain and Suffering    $_____

                                        *Total* $_____

4. If you answered Questions 1 and 2 "yes," did Susan Weinmann suffer loss of consortium as a result of the use of force? YES or NO: _____

5. If you answered Question 4 "yes," what sum of money could compensate Susan Weinmann for her loss of consortium? $_____

6. Do you find that the actions of Deputy McClone justify the imposition of punitive damages? YES or NO: _____

7. If you answered Question 6 "yes," what sum of money do you assess as punitive damages against Deputy McClone? $_____

Dated this __5__ day of February, 2014.

                                              _____
                                              Presiding Juror